FILED

2025 NOV 18 PM 4: 16

CLERK US DISTRICT COURT
WEST DISTRICT OF TEXAS

BY _____ GE

**Attachment 2 - EEOC Complaint Form**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
_____ DIVISION

Danielle McNelton
_____

_____

_____
(Name of plaintiff or plaintiffs)

Civil Action Number: **1:25CV01861**DAE

v.

Keolis
_____

_____

(Supplied
by Clerk's Office)

_____
(Name of defendant or defendants)

### COMPLAINT

1.    This action is brought by Danielle McNelton, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ✓ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[  ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ✓ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[  ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[  ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.    Defendant Keolis _____ (Defendant's name) lives at, or its business is located at 9315 McNeil Dr (street address), _____ (city), Austin (state), Tx (zip). 78758

3a.    Plaintiff sought employment from the defendant or was employed by the defendant at _9315 McNeil Dr._____(street address), (city), _Austin_____(state), _Tx_____(zip). _78758_

3b.    At all relevant times of claim of discrimination, Defendant employed _____ (#) employees.  If defendant is a union, at all relevant times of claim of discrimination, Defendant had _500+_ (#) members.

4.    Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _____(month) _____(day) ____ (year).  If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

     .

5.    Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _August_ (month) _05_____(day) _25_____(year).  (Not applicable to federal civil service employees).

6a.    The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on . (month) _August_____(day) _22 , 2025_(year).  (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**     **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b.    Please indicate below if the E.E.O.C issued a **Determination** in your case:

     [ ✓ ] Yes
     [   ] No

**VERY IMPORTANT NOTE:**     **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7.    Because of plaintiff's:

**(Please select the applicable allegation(s))**

     [   ]    Race (If applicable, state race) _____

     [   ]    Color (If applicable, state color) _____

Rev. Ed. October 26, 2017

29

[✓] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)
[  ] Religion (If applicable, state religion) _____

[  ] National Origin (If applicable, state national origin) _____

[  ] Age (If applicable, state date of birth) _____

[✓] Disability (If applicable, state disability) _____

[✓] Prior complaint of discrimination or opposition to acts of discrimination.
(Retaliation) (If applicable, explain events of retaliation) _____

The defendant:  **(please select all that apply)**

[  ] failed to employ plaintiff.

[  ] terminated plaintiff's employment.

[  ] failed to promote plaintiff.

[  ] harassed plaintiff.

[  ] other (specify) _____
.

8a.  State **specifically** the circumstances under which defendant, its agent, or employees
discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**  **INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>,
AND ANY <u>SPECIFIC COMMENTS</u> MADE BY
DEFENDANT PERTAINING TO THE
DISCRIMINATION CLAIM ALLEGED ABOVE.**

_____
±

8b.  List any **witnesses** who would testify for plaintiff to support plaintiff's allegations
and the substance of their testimony:

_____
.

8c.  List any **documentation** that would support plaintiff's allegations and explain what
the documents will prove: Text messages, emails,
audio Recording.

9.   The above acts or omissions set forth in paragraphs 7 and 8 are:

[ ✓ ]   still being committed by defendant.
[   ]   no longer being committed by defendant.

10.   Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[ ✓ ] Defendant be directed to   lost wages, emotional distress
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

*18 - November , 2025*
Date
*Danielle McColton*
Signature of Plaintiff
*6625 McKinney Falls Pkwy Apt 11102*
Address of Plaintiff
*Austin        TX        78744*
City                State                Zip Code

Telephone Number(s)

Rev. Ed. October 26, 2017

31