UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DANIELLE MCNELTON,                    §
                                      §
        *Plaintiff*,                  §
                                      §    No. 1:25-cv-01861-DAE
vs.                                   §
                                      §
                                      §
KEOLIS,                               §
                                      §
        *Defendant*.                  §
                                      §

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation ("Report") filed by

Magistrate Judge Dustin Howell.  (Dkt. # 8.)  Plaintiff Danielle McNelton, who is

proceeding *pro se*, has not filed objections.  The Court finds this matter suitable for

disposition without a hearing.  After reviewing the Recommendation and the

information contained in the record, the Court **ADOPTS** the Recommendation as

the opinion of the Court and **DISMISSES** Plaintiff's claims in their entirety.

BACKGROUND

This case was filed in this Court on November 18, 2025, by Plaintiff

Danielle McNelton, proceeding *pro se*.  (Dkt. # 1.)  Plaintiff's complaint brings

claims against her employer, Keolis, for violations of Title VII of the Civil Rights

Act ("Title VII") and the Americans with Disabilities Act ("ADA").  (See Dkt. #

1

1.)   Plaintiff filed a Motion to Proceed *in forma pauperis* and Motion to Appoint Counsel on the same day.  (Dkt. ## 2, 3.)  Pursuant to a standing order, this case was referred to Judge Howell for resolution of Plaintiff's *in forma pauperis* application, as well as a recommendation as to whether the case should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e).  (Dkt. # 4.)  Judge Howell thereafter issued an Order Granting Plaintiff's Motion to Proceed *In Forma Pauperis* and the instant Report and Recommendations.  (Dkt. ## 6, 8.)

After reviewing the initial filings, Judge Howell ordered Plaintiff to provide a more definite statement.  (Dkt. # 6.)  Plaintiff responded with additional facts.  (Dkt. # 7.)  Upon further review, Judge Howell concluded that Plaintiff's claims should be dismissed without prejudice as frivolous under 28 U.S.C. § 1915(e).  (Dkt. # 8.)

On January 23, 2026, the Report was mailed to Plaintiff via certified mail.  (See Dkt. # 9.)  Plaintiff thereafter did not file objections within 14 days of receipt and has not filed anything in this case since.

APPLICABLE LAW

The Court must conduct a de novo review of any of the Magistrate Judge's conclusions to which a party has specifically objected. See 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which

2

objection is made."). The objections must specifically identify those findings or recommendations that the party wishes to have the district court consider. Thomas v. Arn, 474 U.S. 140, 151 (1985). A district court need not consider "[f]rivolous, conclusive, or general objections." Battle v. U.S. Parole Comm'n, 834 F.2d 419, 421 (5th Cir. 1987). "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

Findings to which no specific objections are made do not require de novo review; the Court need only determine whether the Recommendation is clearly erroneous or contrary to law. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). Furthermore, conclusory objections that fail to point out with specificity any error in the Magistrate Judge's analysis are not cognizable," and the Court here will not parse through the record to infer exactly what it is Plaintiff's objections are based upon. See Palomo v. Collier, No. 2-23-CV-37, 2024 WL 180852, at *2 (S.D. Tex. Jan. 17, 2024) (citing Fed. R. Civ. P. 72(b)(2); Malacara v. Garber, 353 F.3d 393, 405 (5th Cir. 2003); Edmond v. Collins, 8 F.3d 290, 293 n.7 (5th Cir. 1993)).

## DISCUSSION

After careful consideration of the filings and the record, the Court **ADOPTS** the Magistrate Judge's Recommendation as the opinion of the Court.

3

The Court finds that Judge Howell's analysis is reasonable and absent of clear error.

The Magistrate Judge recommends dismissal on the basis that Plaintiff failed to state a claim under Title VII or the ADA.  (Dkt. # 8.)  In her complaint and supplemental briefing, Plaintiff alleged she was discriminated against based on her sex and disability, and that she was required to "submit extensive medical documentation" when she sought to extend her pregnancy-related leave under the Family and Medical Leave Act.  (Dkt. # 1 at 2–3; Dkt. # 7.)  Judge Howell concluded that Plaintiff had failed to state claims under Title VII or the ADA because she did not allege any adverse employment action was taken against her. (Dkt. # 8 at 2–3.)

Having carefully reviewed the Magistrate Judge's findings and the applicable law, the Court finds no clear error and agrees with the reasoning and recommendations set forth in the Report and Recommendation. Thus, the Court **ADOPTS** Judge Howell's Report in full.  (Dkt. #8.)  Accordingly, the Court dismisses Plaintiff's claims **WITHOUT PREJUDICE**.

CONCLUSION

For the reasons given, the Court **ADOPTS** U.S. Magistrate Judge Dustin Howell's Report and Recommendation.  (Dkt. # 8.)  **IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.** Plaintiff's Motion

4

to Appoint Counsel is **DENIED AS MOOT**.  (Dkt. # 3.)  The Clerk is

**DIRECTED** to **CLOSE THE CASE.**

      **IT IS SO ORDERED**.

      **DATED:** Austin, Texas, June 17, 2026

      _____
      Hon. David Alan Ezra
      Senior U.S. District Judge